1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6
   MARC B. KOENIGSBERG, SBN 204265
7  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
8  Sacramento, CA 95814
   Telephone: (916) 442-1111
9  Facsimile: (916) 448-1709

10 Attorneys for Defendants
   HOME DEPOT USA, INC., dba
11 THE HOME DEPOT #1022;
   C. THOMPSON FAMILY, LP
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 LARY FEEZOR,                          Case No. 2:09-cv-02357-WBS-CMK

17      Plaintiff,
                                         STIPULATION FOR DISMISSAL and
18 v.                                    ORDER THEREON

19 HOME DEPOT USA, INC. dba THE HOME
   DEPOT #1022; C. THOMPSON
20 FAMILY, LP,

21      Defendants.

22 _____/

23

24

25

26

27

28

                                      - 1 -

1    TO THE COURT AND TO ALL PARTIES:

2        Plaintiff, LARY FEEZOR, and defendants, HOME DEPOT USA, INC. dba THE

3   HOME DEPOT #1022; and C. THOMPSON FAMILY, LP, stipulate to and jointly request

4   that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled

5   action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

6

7   Dated: August 27, 2010                   DISABLED ADVOCACY GROUP, APLC

8

9                                            */s/ Lynn Hubbard III*
                                             LYNN HUBBARD III
10                                           Attorney for Plaintiff LARY FEEZOR

11

12   Dated: August 26, 2010                  GREENBERG TRAURIG, LLP

13

14                                           */s/ Marc B. Koenigsberg*
                                             MARC B. KOENIGSBERG
15                                           Attorney for Defendants HOME DEPOT USA,
                                             INC. dba THE HOME DEPOT #1022; C.
16                                           THOMPSON FAMILY, LP

17

18                                  **ORDER**

19       IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.2:09-cv-

20   02357-WBS-CMK, is hereby dismissed with prejudice.

21

22   Dated:   August 27, 2010

23   _____
     WILLIAM B. SHUBB
24   UNITED STATES DISTRICT JUDGE

25

26

27

28